\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__     NORTHERN     __ DISTRICT OF __     NEW YORK     __

JUDGMENT IN A CIVIL CASE

DOCKET NO. 9:01-CV-0018 (LEK/GHL)

MICHAEL HILL,

           **Plaintiff,**

v.

CHALANOR, Coxsackie Correctional Facility; P. FRANKLIN, Nurse Administrator, Coxsackie Correctional Facility; A. COLE, Superintendent of Health Services, Coxsackie Correctional Facility; NURSE ALBRIGHT, Coxsackie Correctional Facility; GLENN S. GOORD, Commissioner; DOMINIC MANTELLO, Superintendent; M. OLIVER, Correctional Guard, Coxsackie Correctional Facility,

           **Defendants.**

____     JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__XX__  DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendants as against the plaintiff, in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated March 8, 2006.

DATE: __March 8, 2006__

__LAWRENCE K. BAERMAN__
CLERK OF THE COURT

*Scott A. Snyder*
**Courtroom Deputy to the Honorable Lawrence E. Kahn**